BETY JAVIDZAD (SBN 240598)
bety.javidzad@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

MARK A. SILVER (Admitted *Pro Hac Vice*)
mark.silver@dentons.com
DENTONS US LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308-3265
Telephone: 404 527-4000
Facsimile: 404 527-4198

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERRI NICHOLS, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>ETHOS TECHNOLOGIES, INC.,<br><br>Defendant. | No. 4:22-cv-05669-YGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge: Yvonne Gonzalez Rogers<br><br>Date Action Filed: 10/2/2022 |

Pursuant to Local Rule 6-2(a), Plaintiff Terri Nichols ("Plaintiff") and Defendant Ethos Technologies, Inc. ("Ethos") hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the above-entitled action in the United States District Court, Northern District of California on October 22, 2022, ECF No. 1;

WHEREAS, Plaintiff filed an unopposed Motion to Amend Complaint on January 9, 2023, ECF No. 19;

WHEREAS, this Court granted the unopposed Motion to Amend Complaint on January 30, 2023, ECF. 25;

WHEREAS, in the Court's Order, Ethos was ordered to file its response to the First Amended Complaint within 14 days of Plaintiff filing the First Amended Complaint;

WHEREAS, Plaintiff filed the First Amended Complaint on January 30, 2023;

WHEREAS, Ethos' response to the First Amended Complaint is due on or before February 13, 2023;

WHEREAS, the Parties are currently engaged in the informal exchange of information in this matter and believe that a modest extension of the deadline to respond to the First Amended Complaint is appropriate to facilitate the efficient exchange of information;

WHEREAS, this is Ethos' first request for extension to respond to the Complaint or First Amended Complaint;

WHEREAS, extending the date for Ethos to respond to the First Amended Complaint as set forth below will not alter the date of any other event or deadline already fixed by Court order;

NOW THEREFORE, pursuant to Local Rule 6-2(a), the parties hereby stipulate and agree that Ethos' deadline to respond to the First Amended Complaint (answer, move, or otherwise respond) is extended to and including March 6, 2023.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: February 10, 2023 | DENTONS US LLP |
| 4 |   | By: */s/Bety Javidzad* |
| 5 |   | Bety Javidzad<br>Mark A. Silver |
| 6 |   | Attorneys for Defendant |
| 8 | Dated: February 10, 2023 | PARONICH LAW, P.C.<br>HEIDAPOUR LAW FIRM, PPC |
| 9 |   | ADAM J. SCHWARTZ |
| 11 |   | By: */s/Anthony I. Paronich*<br>Anthony Paronich |
| 12 |   | Andrew W. Heidarpour<br>Adam J. Schwartz |
| 13 |   | Attorneys for Plaintiff |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

- 3 -

4:22-cv-05669-YGR
STIPULATION TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPL.

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

In accordance with Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures on the document.

Dated: February 10, 2023          DENTONS US LLP

By: */s/Bety Javidzad*
    Bety Javidzad
    Mark A. Silver

Attorneys for Defendant

- 4 -

4:22-cv-05669-YGR
STIPULATION TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPL.

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties and good cause appearing,

IT IS HEREBY ORDERED.

Dated:  February 10, 2023          By: _____
                                        Hon. Yvonne Gonzalez Rogers

- 5 -

4:22-cv-05669-YGR
STIPULATION TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPL.