Adam J Schwartz (SBN 251831)
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
adam@ajschwartzlaw.com
(323) 455-4016

[Additional counsel appear on signature page]

*Attorney for Plaintiff and the Proposed Class*

**GRANTED**
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRI NICHOLS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ETHOS TECHNOLOGIES, INC. <br><br> Defendant. | Case No. 4:22-cv-5669-YGR |

## NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

- 1 -

*Nichols v. Ethos Technologies*

RESPECTFULLY SUBMITTED AND DATED this 28th day of February, 2023.

By: */s/ Anthony Paronich*

Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorneys for Plaintiff and the Proposed Classes*